UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH WOODRUFF, ERICA JOBE, MANDEE KATZ, and SCOTT BABJAK, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-2993-B |
| CARIS MPI, INC. and CARIS LIFE SCIENCES, INC., | § § § § | |
| Defendants. | § § | |

## ORDER

In light of the Fifth Circuit Court of Appeals' decision to vacate the Court's order denying preliminary injunctive relief and remand the case for further proceedings (Doc. 28), the Court hereby **LIFTS the STAY** and **DIRECTS** the Clerk to **REOPEN** the case.

Before the Court is Plaintiffs' Unopposed Motion to Temporarily Lift Stay and for Leave to File Amended Complaint (Doc. 26). Plaintiffs ask the Court for leave to amend their complaint to reflect that "one of the Plaintiffs, Scott Babjak, . . . received his Right to Sue letter from the Equal Employment Opportunity Commission." Doc. 26, Pls.' Mot., ¶¶ 11–12. Further, because the deadline for Mr. Babjak to file his Title VII lawsuit was October 18, 2022, Plaintiffs ask the Court to deem the amended complaint filed the same date as Plaintiffs' Motion for Leave, which was filed October 14, 2022. *Id.* ¶¶ 11, 19. Plaintiffs sent Defendants a copy of the Amended Complaint for review and attached the Amended Complaint to the Motion for Leave. *Id.* ¶ 20; Doc. 26-3, Am. Compl.

The Court determines that Plaintiffs have shown good cause and **GRANTS** Plaintiffs leave to amend their complaint. Because Plaintiffs have given Defendants notice of the proposed amended

complaint, the Court deems the Amended Complaint (Doc. 26-3) filed on October 14, 2022, the date Plaintiffs filed their Motion. *See Campbell v. Ahern Rentals, Inc.*, 2020 WL 10816630, at *2 (N.D. Tex. July 9, 2020) (Brown, J.) (deeming the amended complaint filed on the date the motion for leave was filed and noting that the amended complaint attached to the plaintiff's motion for leave gave the defendant notice of the plaintiff's claims). Because the Court has lifted the stay, Plaintiffs' request to temporarily lift the stay is **DENIED AS MOOT**.

    **SO ORDERED**.

    **SIGNED: October 21, 2022**.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE