UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH WOODRUFF, ERICA JOBE, MANDEE KATZ, and SCOTT BABJAK, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-2993-B |
| CARIS MPI, INC. and CARIS LIFE SCIENCES, INC., | § § § § | |
| Defendants. | § | |

### STATUS REPORT ORDER
**(Joint Status Report Due MONDAY, NOVEMBER 28, 2022)**

In accordance with Federal Rules of Civil Procedure 16(b) and 26(f), the Court enters this order to facilitate entry of the scheduling order. Accordingly, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel are directed to confer for the purpose of submitting a **JOINT** status report as follows:

### I. MEETING REQUIREMENTS

Lead counsel for each party (or a designee attorney with appropriate authority) must confer no later than seven (7) calendar days before the Joint Status Report due date set forth above. Counsel must confer regarding the matters specified in Rule 26(f) and by this order.

### II. REPORT REQUIREMENTS

The report shall be **FILED** no later than **MONDAY, NOVEMBER 28, 2022,** and shall address in separate paragraphs each of the following matters:

1. Any matters which require a conference with the court;

2. (a) An estimate of the time needed for discovery, with reasons, (b) a specification of the subjects on which discovery may be needed, and (c) whether discovery should be conducted in phases or be limited to or focused upon particular issues;

3. Proposed deadlines with specific dates that limit the time to (a) join other parties and to amend the pleadings; (b) file motions, including summary judgment and other dispositive motions; (c) complete discovery; and (d) designate expert witnesses and make the expert disclosures required by Rule 26(a)(2);

4. Requested trial date, estimated length of trial, and whether jury has been demanded;

5. Any other matters relevant to the status and disposition of this case.

Any differences between counsel as to the status of any of the above matters must be set forth in the report. Failure to timely submit the status report may result in the imposition of sanctions, including dismissal without further notice. *See* Fed. R. Civ. P. 16(f).

### III. JOINT RESPONSIBILITY FOR PROPOSAL

Pursuant to Rule 26(f), the attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging and being present or represented at the meeting (or for otherwise conferring if exempt from the requirement of a face-to-face meeting), for attempting in good faith to agree on the scheduling proposal, and for submitting the proposal to the Court no later than the due date set forth above.

### IV. MANDATORY INITIAL DISCLOSURE REQUIREMENT

The disclosures required by Rule 26(a)(1), must be made within **thirty (30) days** of the date of this order, EXCEPT as to those cases exempted under Rule 26(a)(1)(E). *See* Fed. R. Civ. P. 26(a)(1). The parties may not, absent Court permission, agree or stipulate to opt out of the initial

disclosure requirement. *See* Fed. R. Civ. P. 26(a)(1); advisory committee's note, 2000 amendments.

All questions regarding this order or any scheduling matters should be directed to **Judge Boyle's Court Administrator at (214) 753-2740**.

**SO ORDERED.**

**SIGNED: November 8, 2022**.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE