IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:21-CV-02993-B
2. Style of case: JOSEPH WOODRUFF, ERICA JOBE, MANDEE KATZ, ET AL. V. CARIS MPI, INC. AND CARIS LIFE SCIENCES, INC.
3. Nature of suit: Employment - Religious/Medical Accommodation - COVID vaccine
4. Method of ADR used:  ☑ Mediation   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: 2/16/2023
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.   ☐ Settled, in part, as result of ADR
   ☐ Settled as a result of ADR.   **XX Parties were unable to reach settlement.**
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $4400.00
8. Duration of ADR: Full Day   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

   Courtenay L. Bass, Mediator                Sherry L. Travers, Esq.-Defendants
   Joseph Woodruff, Erica Jobe, Heather       Mark A. Flores, Esq. - Defendants
   King, Mandee Katz, and Scott               Ginger Appleberry – Defendants' Rep.
   Babjak – All Plaintiffs
   Charles M.R. Vethan, Esq. - Plaintiffs
   Joseph L. Lanza, Esq.- Plaintiffs

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

_Courtenay L. Bass_                                    February 20, 2023
Signature                                              Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243    (214)303-4500
Address                                                         Telephone

**Charles M.R. Vethan, Esq.**
Vethan Law Firm, P.C.
820 Gessner Road
Suite 1510
Houston, TX  77024
(713) 526-2222
(713) 526-2230

**Joseph L. Lanza, Esq.**
Vethan Law Firm, P.C.
8200 IH-10 West
Suite 320
San Antonio, TX  78230
(210) 824-2220

**Sherry L. Travers, Esq.**
Littler Mendelson PC
2001 Ross Avenue
Suite 1500, LB 116
Dallas, TX  75201
(214) 880-8100
(214) 880-0181

**Mark A. Flores, Esq.**
Littler Mendelson PC
2001 Ross Avenue
Suite 1500, LB 116
Dallas, TX  75201
(214) 880-8100
(214) 880-0181